**Fill in this information to identify the case:**

Debtor name: **New Phoenix Metals, Ltd.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): **19-33543-hdh**

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | TRT SPC LLC<br>Attn: Scott Tillman<br>645 Loves Lane<br>Wynnewood, PA 19096 | | Business Debt | | $1,750,000.00 | $1,550,000.00 | $200,000.00 |
| 2 | PJ Trailers Manufacturing, Inc.<br>1807 FM 2352<br>Sumner, TX 75486 | | Business Debt | | | | $150,905.39 |
| 3 | Wells Fargo Vendor Financial Services<br>PO Box 105743<br>Atlanta, GA 30348-5743 | | Business Debt | | | | $107,772.10 |
| 4 | SFAE-AMO-JS Business<br>Attn: Kristin Barreau, Program Analyst<br>Building 1 Annex<br>Picatinny Arsenal, NJ 07806-5000 | | Business Debt | | | | $71,578.03 |
| 5 | IntraAmerican Metals, Inc.<br>Attn: Jay Stutz<br>14297 Bergen d., Suite 200<br>Noblesville, IN 46060 | | Business Debt | | | | $52,376.66 |

Debtor **New Phoenix Metals, Ltd.**  Case number (if known) **19-33543-hdh**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  Hunt County Tax A/C<br>Randy L. Wineinger Tax A/C<br>PO Box 1042<br>Greenville, TX 75403-1042 | | Taxes | | | | $42,591.85 |
| 7  Wells Fargo Equipment Finance<br>Attn: Julie Peet<br>600 South 4th St., 10th Floor<br>MAC N9306-070 | | Business Debt | | | | $38,217.06 |
| 8  BB&T<br>Attn: Kirk J. Douglas<br>3750 Brookside Pkwy, Suite 150<br>Alpharetta, GA 30022 | | Business Debt | | | | $37,451.28 |
| 9  Wells Fargo Financial Services<br>Attn: Kimberly Park<br>1010 Thomas Edison Blvd. SW<br>Cedar Rapids, IA 52404 | | Business Debt | | $243,629.00 | $210,000.00 | $33,629.00 |
| 10 Expal USA<br>Attn: Cassi H. or Shannon S.<br>11 Chapel Lane, Suite A<br>New Boston, TX 75570 | | Business Debt | | | | $31,807.50 |
| 11 Branch Banking & Trust Co.<br>Attn: A. Page Bankruptcy Section<br>PO Box 1847<br>Wilson, NC 27894 | | Business Debt | | | | $29,889.94 |
| 12 Heavybilt Manufacturing, Inc.<br>38038 U.S. Highway 75<br>Coalgate, OK 74538 | | Business Debt | | | | $29,849.23 |
| 13 Heavybilt Trailers<br>Rt. 4, Box 1420<br>Coalgate, OK 74538 | | Business Debt | | | | $29,056.23 |

| Debtor | **New Phoenix Metals, Ltd.** | Case number (if known) **19-33543-hdh** |
|---|---|---|
| | Name | |

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 14 | Kirby-Smith KSM Exchange LLC PO Box 270360 Oklahoma City, OK 73137 | | Business Debt | Unliquidated Disputed | | | $22,676.14 |
| 15 | Maxey Trailers 7121 Farm Road 38 N. Sumner, TX 75486 | | Business Debt | | | | $20,696.98 |
| 16 | International Aluminum Corporation Attn: James Baione 202 Singleton Dr. Waxahachie, TX 75165 | | Business Debt | | | | $18,750.00 |
| 17 | Adami, Lindsey 123 N. Crockett Street, # 100 Sherman, TX 75090 | | Business Debt | Contingent | | | $17,195.68 |
| 18 | Greenville Transformer Company PO Box 845 Greenville, TX 75403 | | Business Debt | | | | $15,036.38 |
| 19 | Fisher Controls International, LLC 4725 Highway 75 S. Sherman, TX 75091 | | Business Debt | Contingent | | | $14,035.84 |
| 20 | Ascend Custom Extrusions c/o Tamara D. Baggett 2001 Ross Avenue, Suie 4400 Dallas, TX 75201 | | Business Debt | | | | $12,420.94 |